1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY CAMPBELL,

11            Plaintiff,                    No. CIV S-05-2105 MCE KJM P

12        vs.

13   K. MOREAU,

14            Defendants.               ORDER TO SHOW CAUSE

15   _____/

16            Plaintiff is a state prisoner proceeding pro se with an action for violation of civil

17   rights under 42 U.S.C. § 1983.  Plaintiff has filed an application to proceed in forma pauperis.

18            After reviewing court records, it appears that plaintiff has "struck out" under 28

19   U.S.C. § 1915(g) and therefore may not proceed in forma pauperis in this action.  See, e.g.,

20   Campbell v. Borba, CIV S 05- 0452 LKK DAD P; Campbell v. Randalph, CV F 99-5462 REC

21   HGB P; Campbell v. Butts, CV F 98-6483 AWI SMS P.  Plaintiff's current allegations do not

22   show that he is under imminent danger of serious physical injury.  28 U.S.C. § 1915(g).  Good

23   cause appearing, the court will order plaintiff to pay the $250.00 filing fee for this action within

24   twenty days.  Plaintiff's failure to pay the filing fee will result in a recommendation that this

25   action be dismissed under 28 U.S.C. § 1915(g).

26   /////

1

Accordingly, IT IS HEREBY ORDERED that, within twenty days of this order, plaintiff shall pay the $250.00 filing fee for this action.  Plaintiff's failure to pay the filing fee will result in a recommendation that this action be dismissed.

DATED:  December 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
camp2105.1915(g)